**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RODNEY LEE ORMOND, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65872

**FILED**

AUG 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of second degree murder. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents

SUPREME COURT
OF
NEVADA

(O) 1947A

14-26598

to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                                                  Saitta


cc:     Hon. Michael Villani, District Judge
        Special Public Defender
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk
        Rodney Ormond, Jr.

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.